**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| Carlos BENNETT | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 5:10-CV-291 (MTT)<br>) |
| Warden HILTON HALL, *et. al*, | )<br>) |
| Defendants. | )<br>) |

## ORDER

This matter is before the Court on the Recommendation to Dismiss (the "Recommendation") (Doc. 14) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Plaintiff's complaints (the "Complaints") (Docs. 1 & 4) pursuant to 28 U.S.C. § 1915A(a) & (b), recommends dismissing the claims against Defendants Warden Hilton Hall and Deputy Warden Henry Brooks because the Plaintiff does not allege either committed a constitutional violation in the Complaints. The Magistrate Judge also clarified that 42 U.S.C. § 1983 claims may not be based on a theory of *respondeat superior* or supervisor liability. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The claims against Hall and Brooks are **DISMISSED**. The claims against Defendant Sergeant Michael Nopen shall remain pending.

**SO ORDERED**, this the 12th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT