IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CARLOS BENNETT,** : | |
| : | |
| Plaintiff, : | |
| : | NO.  5:10-CV-291 (MTT) |
| VS. : | |
| : | |
| **MICHAEL NOPEN,** : | |
| : | Proceedings Under 42 U.S.C. §1983 |
| Defendant. : | Before the U.S. Magistrate Judge |
| _____ : | |

### RECOMMENDATION

Before the Court is a Motion to Dismiss filed by Defendant Michael Nopen.  Doc. 11.  For the following reasons, it is **RECOMMENDED** that the Motion to Dismiss be **GRANTED** and that this action be **DISMISSED** with prejudice.

On September 13, 2010, the Court entered an order and recommendation allowing Plaintiff to proceed in forma pauperis.  Doc. 7.  Plaintiff was advised, among other things, that he must diligently prosecute his action or face the possibility that it would be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Id.

On November 4, 2010, Defendant filed the instant Motion to Dismiss.  Soon afterwards, the Court entered an order directing Plaintiff to file a response to Defendant's motion on or before November 29, 2010. Doc. 12.  In this order, Plaintiff was notified that failing to file a response would cause the Court to consider Defendant's motion as uncontested.  Id.  Despite this warning, Plaintiff failed to respond.

In view of the above, and in an effort to give Plaintiff every opportunity to pursue his claims, the Court entered an order directing him to show cause for his failure to respond on or before December 29, 2010.  Doc. 14.  In addition, Plaintiff was warned that any further failure to comply

with the Court's orders would lead to the dismissal of his action.  Id.  To date, no response or other pleading has been filed by Plaintiff.  Consequently, the Court has no other choice than to conclude that Plaintiff has abandoned his claims.  Accordingly, **IT IS RECOMMENDED** that Defendant's unopposed Motion to Dismiss be **GRANTED** and that this action be **DISMISSED** with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this recommendation with the district judge to whom this case is assigned, WITHIN FOURTEEN (14) DAYS after being served with a copy thereof.

**SO RECOMMENDED**, this 15th day of August, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge